# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**ANI WEAVER,**

        **Plaintiff,**

**-vs-**

**EDWARD D. JONES & CO., L.P.,**

        **Defendant.**

**Case No. C-3-06-405**

**Judge Thomas M. Rose**

---

**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION TO THE WESTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. § 1404(a)**

---

It is hereby ordered upon good cause being shown that the instant action be transferred to the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

**DONE** and **ORDERED** in Dayton, Ohio, this Nineteenth day of January, 2007.

        s/Thomas M. Rose

        _____
        THOMAS M. ROSE
        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record